Submitted on record and briefs August 31, reversed and remanded
October 31, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICHARD JESSIE ROBLEDO,
*Defendant-Appellant.*

Lincoln County Circuit Court
035584, 041945;
A129022 (Control), A129023

170 P3d 1097

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Reversed and remanded. *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007).